Amy L. B. Ginsburg (275805)
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Telephone: 215-540-8888
Facsimile: 215-540-8817
teamkimmel@creditlaw.com
Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTONIO OWENS, | § § | |
| Plaintiff, | § | Civil Action No. 2:19-cv-01944-R-AS |
| v. | § § | |
| AFNI, INC., | § § | |
| Defendant. | § § § § | |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

Dated: September 24, 2019     By: */s/ Amy L. B. Ginsburg*
                                  Amy L. B. Ginsburg, Esquire
                                  Kimmel & Silverman, P.C.
                                  30 E. Butler Pike
                                  Ambler, PA 19002
                                  Phone: (215) 540-8888
                                  Fax: (877) 788-2864
                                  Email: aginsburg@creditlaw.com

# **CERTIFICATE OF SERVICE**

I, Amy L. B. Ginsburg, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon the following via CM/ECF system:

Justin M. Penn, Esquire
Hinshaw and Culbertson LLP
11601 Wilshire Boulevard, Suite 800
Los Angeles, CA 90025
jpenn@hinshawlaw.com
Attorney for Defendant

Dated: September 24, 2019          By: */s/ Amy L. B. Ginsburg*
                                        Amy L. B. Ginsburg, Esquire
                                        Kimmel & Silverman, P.C.
                                        30 E. Butler Pike
                                        Ambler, PA 19002
                                        Phone: (215) 540-8888
                                        Fax: (877) 788-2864
                                        Email: aginsburg@creditlaw.com