Amy L. Bennecoff (275805)
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Telephone: 215-540-8888
Facsimile: 215-540-8817
teamkimmel@creditlaw.com
Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTONIO OWENS, | § § § § § § § § § § § § § | |
| Plaintiff, | | Civil Action No. 2:19-cv-01944-R-AS |
| v. | | |
| AFNI, INC., | | |
| Defendant. | | |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and with each party to bear its own costs and fees.

/s/ Justin M. Penn                                              /S/ Amy L. Bennecoff Ginsburg
Justin M. Penn, Esq.                                          Amy L. Bennecoff Ginsburg Esq.
Hinshaw and Culbertson LLP                          Kimmel & Silverman, P.C.
11601 Wilshire Boulevard                                 30 East Butler Pike
Suite 800                                                              Ambler, PA 19002
Los Angeles, CA 90025                                    Phone: (215) 540-8888
Phone: 310-909-8001                                       Fax: (215) 540-8817
Email: jpenn@hinshawlaw.com                    Email: aginsburg@creditlaw.com
Attorney for the Defendant                              Attorney for the Plaintiff

Date: September 27, 2019                               Date: September 27, 2019

## CERTIFICATE OF SERVICE

I, Amy L. Bennecoff Ginsburg, Esquire, do certify that I served a true and correct copy of the Stipulation of Dismissal in the above-captioned matter, upon the following via CM/ECF system:

Justin M. Penn, Esq.
Hinshaw and Culbertson LLP
11601 Wilshire Boulevard
Suite 800
Los Angeles, CA 90025
Phone: 310-909-8001
Email:  jpenn@hinshawlaw.com
Attorney for the Defendant

| | |
|---|---|
| DATED:  September 27, 2019 | /s/ Amy L. Bennecoff Ginsburg |
| | Amy L. Bennecoff Ginsburg Esq. |
| | Kimmel & Silverman, P.C. |
| | 30 East Butler Pike |
| | Ambler, PA 19002 |
| | Tel: 215-540-8888 |
| | Fax: 215-540-8817 |
| | Email: teamkimmel@creditlaw.com |
| | Attorney for Plaintiff |